UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILLIAM MORRIS, III, | ) |
| | ) CASE NO. C12-1033-MJP |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER DISMISSING § 1983 ACTION |
| | ) |
| KING COUNTY and KING COUNTY CORRECTIONAL FACILITY, | ) |
| | ) |
| Defendants. | ) |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1)  The Court adopts the Report and Recommendation;

(2)  The complaint and this action are DISMISSED, with prejudice;

(3)  This dismissal shall count as a "strike" under 28 U.S.C. § 1915(g); and

(4)  The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this __25th__ day of __September_, 2012.

Marsha J. Pechman
United States District Judge

ORDER DISMISSING § 1983 ACTION
PAGE -1