UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WILLIAM MORRIS, III,

    Plaintiff,

v.

KING COUNTY and KING COUNTY CORRECTIONAL FACILITY,

    Defendants.

CASE NO. C12-1033-MJP

ORDER DISMISSING § 1983 ACTION

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The complaint and this action are DISMISSED, with prejudice;

(3) This dismissal shall count as a "strike" under 28 U.S.C. § 1915(g); and

(4) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this __25th__ day of __September_, 2012.

Marsha J. Pechman
United States District Judge

ORDER DISMISSING § 1983 ACTION
PAGE -1